AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| HOWARD T. TYSON, SR. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:16-cv-01678-KBJ |
| MEGAN J. BRENNAN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Howard T. Tyson, Sr.            .

Date:    01/04/2018

/s/ Jeremy C. Huang
*Attorney's signature*

Jeremy C. Huang, #1000849
*Printed name and bar number*

WOEHRLE DAHLBERG JONES YAO PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030

*Address*

jhuang@lawfirmvirginia.com
*E-mail address*

(703) 755-0214
*Telephone number*

(571) 285-0065
*FAX number*