**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOWARD T. TYSON,       ) | |
|       ) | |
| Plaintiff,       ) | |
|       ) | |
| v.       ) | Civil Action No. 16-1678 (KBJ) |
|       ) | |
| MEGAN J. BRENNAN, POSTMASTER       ) | |
| GENERAL,       ) | |
| Defendants.       ) | |
|       ) | |

<u>**REVISED JOINT MEET AND CONFER REPORT**</u>

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.3, the parties hereby submit this Revised Joint Meet and Confer Report.  This report differs from the previously filed Joint Meet and Confer Report only as to the deadlines proposed.  The deadlines have been modified so that they each fall after this Court's July 12, 2018, Initial Scheduling Conference.

(1) <u>Potential for Disposition by Motions</u>

Defendant believes that this action may be resolved by dispositive motion and plans to file such a motion after the close of discovery.

(2) <u>Time for Joining Parties and Amending Pleadings</u>

The parties propose a deadline of August 23, 2018, for joining parties and amending the pleadings.

(3) <u>Whether the Case should be Assigned to a Magistrate Judge</u>

The parties do not consent to the assignment of this case to a Magistrate Judge.

(4) <u>Potential for Settlement</u>

At this time, the parties do not see an opportunity to settle this case.

(5)     Alternative Dispute Resolution

The parties would prefer to wait until after the close of discovery before considering mediation or other forms of ADR.

(6)     Resolution by Dispositive Motions

As indicated above, Defendant intends to file a dispositive motion after the close of discovery.  The parties agree to file dispositive motions by December 28, 2018, with responses due on February 11, 2019, and replies due on March 13, 2019.

(7)     Initial Disclosures

The parties have agreed to serve initial disclosures pursuant to Rule 26(a)(1) by August 8, 2018.

(8)     Discovery

The parties may conduct discovery on any matter, not privileged, that is relevant to the claim or defense of any party, and as reflected in Federal Rule of Civil Procedure 26.  The parties request that discovery close on November 27, 2018.

The parties may file with the Court a proposed Protective Order to safeguard certain confidential and/or personal information.

The parties agree to serve all written discovery in sufficient time so that, under the Rules, responses will be due on or before the close of discovery.  The parties will not file with the Court disclosures under Federal Rules of Civil Procedure 26(a)(1) and (2), notices of depositions, interrogatories, requests for documents, admissions, or responses thereto, except on order of the Court or for use in a motion or at trial.  The parties agree that service of such documents not required to be filed with the Court will be accepted by electronic (email) transmission.

The parties do not anticipate any unique issues relating to the preservation of Electronically-Stored Information ("ESI").  The parties anticipate the need for discovery of electronically stored information and they have agreed to produce ESI in searchable PDF format, where technologically feasible, or in some other reasonably usable form as agreed by the parties.

The parties will adhere to the rules and procedures set forth in the Federal Rules of Civil Procedure with respect to privileged information and work product protection, including Rule 26(b)(5).

(9)     Expert Witnesses

The proponent(s) of expert testimony shall name expert(s) and provide disclosures required by Rule 26(a)(2) by September 10, 2018.  In rebuttal to any such designation by Plaintiff or Defendant, the opponent shall name any rebuttal expert and shall provide any disclosures required by Rule 26(a)(2) by October 10, 2018.

(10)    Class Action Procedures.

This matter is not a class action.

(11)    Bifurcation of Discovery or Trial

The parties do not believe that bifurcation of this matter is necessary.

(12)    Pretrial Conference.

The parties suggest that the Pretrial Conference be held within 60 days after the Court's decision on any dispositive motion.

(13)    Trial Date

The parties agree that the trial date should be set at the Pretrial Conference.

(14)    Other Matters

The parties are unaware of any additional matters that require inclusion in the Scheduling

Order.

Respectfully submitted,

**___/s/_____**
JEREMY C. HUANG
D.C. BAR #993430
WOEHRLE DAHLBERG JONES YAO PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
Tel:   703-755-0214
Fax:   571-285-0065

*Counsel for Plaintiff*


JESSIE K. LIU
United States Attorney
D.C. Bar # 472845

DANIEL F. VAN HORN
Civil Chief
D.C. Bar # 924092

____/s/_____
JOSHUA M. KOLSKY
Assistant United States Attorney
D.C. Bar # 993430
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
Tel:   202-252-2541
Fax:   202-252-2599

*Counsel for Defendant*