AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| HOWARD T. TYSON, SR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-cv-1678 (KBJ) |
| MEGAN J. BRENNAN, Postmaster General | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOWARD T. TYSON, SR.                                                                                                                              .

Date:     07/05/2018

/s/ Y. Kris Lee
*Attorney's signature*

Y. Kris Lee, D.C. Bar #429411
*Printed name and bar number*

WOEHRLE DAHLBERG JONES YAO PLLC
10615 Judicial Drive, Suite 102
Fairfax, VA 22030
*Address*

yklee@lawfirmvirginia.com
*E-mail address*

(571) 399-5159
*Telephone number*

(888) 618-8954
*FAX number*