# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HOWARD T. TYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-1678 (KBJ) |
| | ) | |
| MEGAN J. BRENNAN, POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR SETTLEMENT CONFERENCE

Pursuant to the Court's Scheduling Order dated November 8, 2018, Plaintiff requests a settlement conference before a Magistrate Judge.

At the Scheduling Conference held on July 12, 2018, the Court intended to order the parties to a settlement conference. Defendant's counsel, however, requested an opportunity to discuss settlement directly with Plaintiff. Therefore, the Court provided the parties an opportunity to have direct settlement discussions, but Defendant refused to participate or engage in the process. As the Court stated on July 12, 2018, the parties must engage in an active process of settlement to save time and money for the government officials who will need to be deposed and to be mindful not to waste the Court's time and resources.

Plaintiff therefore respectfully requests that the Court order the parties to a settlement conference before a Magistrate Judge.

Dated: December 12, 2018

Respectfully submitted,

___/s/_____

Y. KRIS LEE
D.C. BAR #429411
WOEHRLE DAHLBERG JONES YAO PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
Tel:   571-399-5159
Fax:   888-618-8954

*Counsel for Plaintiff*

## CERTIFICATE AND PROOF OF SERVICE

I hereby certify that on the 12th day of December 2018, I sent via E-mail and the ECF System a true copy of the foregoing to:

> PAUL CIRINO
> Assistant United States Attorney
> D.C. Bar #_____
> Civil Division
> 555 Fourth Street, N.W.
> Washington, D.C.  20530
> Tel:   202-252-2529
> Fax:   202-252-2599
> Email: PAUL.CIRINO2@usa.doj.gov
>
> ***Counsel for Defendant***

_____/s/_____
Y. KRIS LEE