## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD T. TYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-1678 (KBJ) |
| ) | |
| MEGAN J. BRENNAN, POSTMASTER ) | |
| GENERAL, ) | |
| Defendants. ) | |

### **PROPOSED ORDER**

Having considered the Plaintiff's Motion for Settlement Conference before a Magistrate Judge, it is by this Court this ____ day of _____ 2018, hereby:

**ORDERED** that the motion is GRANTED; and it is

It is so ORDERED, this day, _____, 2018.

_____
U.S. District Judge