UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD T. TYSON, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEGAN J. BRENNAN, Postmaster General, )<br>)<br>Defendants. )<br>) | Civil Action No. 16-1678 (KBJ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SETTLEMENT CONFERENCE**

Defendant Megan J. Brennan, Postmaster General, respectfully submits this response to Plaintiff's Motion for Settlement Conference, filed December 12, 2018. ECF No. 37. In the motion, Plaintiff states that Defendant has "refused to participate or engage in the process" of settlement and requests that the Court order the parties to participate in a settlement conference before a Magistrate Judge.

The motion should be denied. Plaintiff has already asked the Court to order the parties to mediation, *see* ECF No. 33, a request that the Court declined. Instead, on November 8, 2018, the Court set a discovery schedule. ECF No. 34. Nothing has changed since that would warrant a different outcome.

Further, the premise for Plaintiff's request – that Defendant is not participating in settlement discussions – is inaccurate. Counsel engaged in discussions with Plaintiff's counsel over the summer about Plaintiff's proposed settlement offer. ECF No. 33. Last week, the undersigned counsel responded to Plaintiff's latest proposal shortly after receiving it. Defendant continues to believe that a settlement conference before a Magistrate Judge would not be productive at this time and that the parties should continue with discovery if Plaintiff is serious

about litigating his religious discrimination case premised on him having been told to lower the volume of his Gospel music. However, Defendant will attend and participate in good faith in any settlement conference ordered by the Court in this case.

Dated:  December 13, 2018                     Respectfully submitted,

                                                      JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

      /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino2@usdoj.gov