# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD T. TYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-1678 (KBJ) |
| ) | |
| MEGAN J. BRENNAN, POSTMASTER ) | |
| GENERAL, ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF COUNSEL'S NOTICE OF CHANGE OF ADDRESS**

Plaintiff counsel, Y. Kris Lee, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard and/or electronic copy should be directed to the following address: Y. Kris Lee, D4U USA Law Group LLC, 1200 G Street N.W., Suite 800, Washington, D.C. 20005.

Dated: April 24, 2019

                                                           Respectfully submitted,

                                                            /s/

                                                           Y. KRIS LEE
                                                           D.C. BAR #429411
                                                           D4U USA LAW GROUP LLC
                                                           1200 G Street NW, Suite 800
                                                           Washington, D.C. 20005
                                                           Tel:   202-900-9007
                                                           Fax:   877-909-6601
                                                           Email: yklee@d4uusa.com
                                                           ***Counsel for Plaintiff***

CERTIFICATE AND PROOF OF SERVICE

       I hereby certify that on the 24th day of April 2019, I sent via E-mail and the ECF System a true copy of the foregoing to:

> PAUL CIRINO
> Assistant United States Attorney
> D.C. Bar #_____
> Civil Division
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> Tel: 202-252-2529
> Fax: 202-252-2599
> Email: Paul.Cirino@usdoj.gov
>
> *Counsel for Defendant*

_____/s/_____
Y. KRIS LEE