**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HOWARD T. TYSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 16-1678 (KBJ) |
| v. ) | |
| ) | |
| MEGAN J. BRENNAN, Postmaster General, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S
### MOTION FOR LEAVE TO FILE SUR-REPLY

Defendant Megan J. Brennan, Postmaster General, by and through the undersigned counsel, respectfully submits this Response to Plaintiff's *pro se* "Motion for Acception," filed September 6, 2019, ECF No. 52, which Defendant construes as a motion for leave to file a Sur-reply.

On September 5, 2019, Plaintiff emailed the undersigned counsel for Defendant a copy of a document titled "Reply to Defendant's Motion of Further Support," which is essentially a Sur-reply regarding Defendant's Motion for Summary Judgment. In response, the undersigned advised Plaintiff that it was Defendant's position that he was not authorized to file this brief without first securing the Court's permission and that Defendant reserved her right to move to strike the brief if it was filed. On September 6, 2019, the Sur-reply was entered on the Court's docket. ECF No. 51. Also on September 6, 2019, Plaintiff filed the instant motion, which requests permission to file the Sur-reply. ECF No. 52.

Since Defendant filed her summary judgment reply, Plaintiff has filed an Addendum and a Sur-Reply Brief, neither of which were authorized by the Local Rules or this Court's General Order and Guidelines for Civil Cases. Defendant takes no position as to whether the Court should retroactively grant Plaintiff permission to file these briefs, but she respectfully suggests

that the Court advise Plaintiff that there should be no further filings regarding the fully briefed summary judgment motion without prior leave of Court.

Dated: September 10, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of September, 2019, I served the foregoing Response to Plaintiff's Motion for Leave to File Sur-Reply by filing the document with the Court's CM/ECF system, by sending the document to tysontoe@aol.com, and also by sending a paper copy of the document by First Class Mail to the following address:

    Howard T. Tyson, Sr.
    12018 Long Ridge Lane
    Bowie, Maryland  20715-2352

                                            /s/ Paul Cirino
                                            Paul Cirino